```
                 UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF KENTUCKY
```
**CENTRAL DIVISION at LEXINGTON**

| | |
|---|---|
| DENNIS PENNINGTON and SHARON PENNINGTON, Co-Administrators of the Estate of STACEY PENNINGTON, | ) ) ) ) )  Civil Action No. 5:06-239-JMH |
| Plaintiffs, | ) ) |
| v. | )  **JUDGMENT** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., et al., | ) ) ) ) |
| Defendants. | ) ) |

**        **        **        **        **

In accordance with the Order of even date and entered contemporaneously herewith,

**IT IS HEREBY ORDERED:**

(1) That this action be, and the same hereby is, **DISMISSED AND STRICKEN FROM THE ACTIVE DOCKET.**

(2) That all pending motions be, and the same hereby are, **DENIED AS MOOT.**

(3) That all scheduled proceedings be, and the same hereby are, **CONTINUED GENERALLY.**

(4) That this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY.**

1

This the 11th day of July, 2007.



Signed By:
*Joseph M. Hood*
United States District Judge